**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PETROLEUM WHOLESALE, L.P., a Texas limited partnership,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAGEBRUSH 66 INVESTMENT COMPANY, INC., a Nevada corporation, and DALE DERBIDGE, an individual,<br><br>          Defendants. | Case No. 3:19-cv-00516-MMD-WGC<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |
| SAGEBRUSH 66 INVESTMENT COMPANY, INC., a Nevada corporation,<br><br>          Counterclaim Plaintiff,<br><br>     vs.<br><br>PETROLEUM WHOLESALE, L.P., a Texas limited partnership,<br><br>          Counterclaim Defendant. | |
| SAGEBRUSH 66 INVESTMENT COMPANY, INC., a Nevada corporation,<br><br>          Crossclaim Plaintiff,<br><br>     vs.<br><br>DALE DERBIDGE, an individual,<br><br>          Crossclaim Defendant. | |

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure and based upon the *Stipulation Of Dismissal Of Crossclaim With Prejudice* which has been filed with the Court and the Settlement Agreement reached between Sagebrush 66 Investment Company, Inc. ("Sagebrush") as Crossclaim Plaintiff, and Dale Derbidge ("Derbidge") as

Crossclaim Defendant, (the "Parties") in the above-captioned case, and for good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The *Stipulation Of Dismissal Of Crossclaim With Prejudice* made between the Parties is hereby approved and ordered by the Court;

2. The Crossclaim filed by Sagebrush against Derbidge is hereby dismissed with prejudice pursuant to the terms of the Parties' Settlement Agreement, with the Parties' to pay their own attorneys' fees and costs relating to the Crossclaim;

3. The dismissal of the Crossclaim shall not be interpreted or construed to release any of the counterclaims and/or defenses of the Parties against Petroleum Wholesale, L.P. and all such counterclaims and defenses are reserved to the Parties;

4. The Court accepts and retains jurisdiction over all of the parties to the Settlement Agreement to enforce its terms and conditions by way of motion, if necessary; and

5. The Court grants leave to the Parties to submit a fully executed copy of the Settlement Agreement to the Court's chambers.

DATED this __8th__ day of __October_____, 2020.

BY THE COURT:

_____
Honorable Judge Du
United States District Court Judge