# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **PETROLEUM WHOLESALE, L.P.**, a Texas Limited Partnership;<br><br>Plaintiff,<br><br>vs.<br><br>**SAGEBRUSH 66 INVESTMENT COMPANY, INC**., a Nevada Corporation, and **DALE DERBIDGE**, an individual resident of the State of Nevada; et al.<br><br>Defendants.<br><br>And related claims. | Case No.: 3:19-cv-00516-MMD-WGC<br><br>**ORDER EXTENDING DEFENDANT DALE DERBIDGE'S DEADLINE TO FILE HIS REPLY POINTS & AUTHORITIES IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT (ECF No. 37)** |

Having reviewed the Parties' Stipulation to extend Defendant Dale Derbidge's Deadline to file his Reply Points & Authorities in support of his Motion for Summary Judgment (ECF No. 37), this Court finds good cause to extend Defendant Dale Derbidge's deadline to file his Reply Points & Authorities in support of his Motion for Summary Judgment to **Wednesday, December 23, 2020**.

**IT IS SO ORDERED**

**DATED** this __16th__ day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE