RICHARD D. WILLIAMSON, ESQ. (NV Bar 9932)
SAMANTHA J. REVIGLIO, ESQ. (NV Bar 14258)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
rich@nvlawyers.com
samantha@nvlawyers.com
*Attorneys for Plaintiff Petroleum Wholesale, L.P.*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PETROLEUM WHOLESALE, L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>SAGEBRUSH 66 INVESTMENT COMPANY, INC., a Nevada corporation, and DALE DERBIDGE, an individual,<br><br>Defendants,<br><br>AND ALL RELATED MATTERS. | Case No. 3:19-cv-00516-MMD-WGC<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff/Counterdefendant Petroleum Wholesale, L.P. ("PWI"), Defendant/Counterclaimant Sagebrush 66 Investment Company, Inc. ("Sagebrush"), and Defendant Dale Derbidge ("Derbidge") (collectively, the "Parties") have agreed to compromise and settle all claims and disputes between them, subject to the terms of the Parties' Settlement Agreement and Mutual Releases, effective as of the 17th day of February, 2022, the First Amendment to Settlement Agreement and Mutual Releases, made effective as of the 28th day of February, 2022 (collectively, the "Settlement Agreement"), and also pursuant to the previous court-approved Settlement Agreement and Mutual Release Agreement entered into on the 7th day of October, 2020 between and among Sagebrush, Jerry Jones, Paula Jones, Lyle Norcross, and Bonnie Norcross, and Derbidge and Linda Derbidge.

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno. Nevada 89501

STIPULATION FOR DISMISSAL
PAGE 1

1     The Parties shall each bear their own attorneys' fees and costs relating to this matter.

2     The Parties stipulate and agree that the Court shall have jurisdiction over all of the parties

3 to the Settlement Agreement to enforce its terms and conditions by way of motion, if necessary.

4     DATED: this 16th day of May, 2022.

                                     ROBERTSON, JOHNSON
                                     MILLER & WILLIAMSON

                                     By:*/s/ Richard D. Williamson*
                                        Richard D. Williamson, Esq.
                                        Samantha J. Reviglio, Esq.
                                        *Attorneys for Plaintiff/Counterdefendant*

DATED: this 16th day of May, 2022.

                                   RAY QUINNEY & NEBEKER P.C.

                                   By:*/s/ Z. Ryan Pahnke*
                                       Z. Ryan Pahnke, Esq.
                                       *Attorneys for Defendant/Counterclaimant*
                                       *Sagebrush 66 Investment Company*

DATED: this 16th day of May, 2022.

                                   WALLACE MILLSAP

                                   By:*/s/ Patrick Millsap*
                                     F. McClure Wallace, Esq.
                                     Patrick Millsap, Esq.
                                     *Attorneys for Defendant Dale Derbidge*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 16, 2022

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno. Nevada 89501

STIPULATION FOR DISMISSAL
PAGE 2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action.  I further certify that on the 16th day of May, 2022, I electronically filed the foregoing **STIPULATION FOR DISMISSAL** and thus, pursuant to LR 5-4, caused same to be served by electronic mail on the following Filing Users:

| | |
|---|---|
| Steven W. Call, Esq.<br>Ryan Pahnke, Esq.<br>Ray Quinney & Nebeker P.C.<br>PO Box 45385<br>Salt Lake City, UT  84145-0385<br>Telephone:  (801) 532-1500<br>Email:  rpahnke@rqn.com<br>*Attorneys for Sagebrush 66 Investment Company, Inc.* | Wayne O. Klomp, Esq.<br>Snell & Wilmer<br>50 W. Liberty Street, Suite 510<br>Reno, NV 89501<br>Telephone:  (775) 785-5440<br>Email:  wklomp@swlaw.com<br>*Attorneys for Sagebrush 66 Investment Company, Inc.* |
| F. McClure Wallace, Esq.<br>Patrick R. Millsap, Esq.<br>Wallace & Millsap<br>510 W. Plumb Lane, Suite A<br>Reno, NV 89509<br>Telephone:  (775) 683-9599<br>Email: mcclure@wallacemillsap.com<br>         patrick@wallacemillsap.com<br>*Attorneys for Dale Derbidge* | James W. Jensen, Esq.<br>Jensen Law Office<br>P.O. Box 726<br>250 South Main<br>Cedar City, UT  84720<br>Telephone:  (435) 586-4404<br>Email: jim@southernutahlaw.com<br>*Attorneys for Sagebrush 66 Investment Company, Inc.* |

　　　　　　　　　　　　　　　　　　　　*/s/ Stefanie E. Smith*
　　　　　　　　　　　　　　An Employee of Robertson, Johnson, Miller & Williamson